# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 22, 2017

Stephen J. Markman,
Chief Justice

Robert P. Young, Jr.
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

153793

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

LAWRENCE MARK MATHEWS,
      Defendant-Appellant.

SC: 153793
COA: 325762
Washtenaw CC: 13-001535-FC

_____/

      On order of the Court, the application for leave to appeal the April 12, 2016 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 22, 2017



Clerk

d0315